The judgment is affirmed in accordance with Rule 84.16(b).

---

Patrick DICKENS and Alice Dickens, Plaintiffs/Appellants,

v.

BOARD OF EDUCATION OF the CITY OF ST. LOUIS, Defendant/Respondent.

No. 64602.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 6, 1994.

Michael A. Gross, Burton W. Newman, St. Louis, for appellants.

Kenneth C. Brostron, Wendy J. Wolf, Lashly & Baer, P.C., St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

In this wrongful death action pursuant to § 537.080, plaintiffs, parents of John Dickens, appeal the judgment of the trial court, entered after a jury verdict, in favor of defendant. Specifically, plaintiffs appeal the denial of their motion for judgment notwithstanding the verdict or for a new trial.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.